## DECISION

No. ADC-85-106

The application of the above-named defendant for a review of the sentence for Count II, theft, 10 years with 5 years suspended plus same conditions imposed for Bail Jumping (BDC-86-128) said sentences to run consecutively; $3,000 restitution, imposed on December 11, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Steve Hudspeth, Deputy County Attorney from Cascade County for appearing before the Sentence Review Board.

We wish to thank Debbie Waltari of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Seventh Judicial District, County of Richland, STATE OF MONTANA, Plaintiff vs. EDWARD GOETTL, Defendant.

## DECISION

No. 1926

The application of the above-named defendant for a review of the sentence for Count I, Theft, 9 years; Count II, Theft, 9 years; Count III, Criminal Mischief, 6 months in Richland County Jail; Sentences to run concurrently; Swan River Recommended, imposed on February 2, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Charles Jordan of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Seventeenth Judicial District, County of Phillips, STATE OF MONTANA, Plaintiff vs. WILLIAM LEE "RANDY" CLARK, Defendant.

## DECISION

No. 892

The application of the above-named defendant for a review of the sentence for 8 Counts of Sexual Intercourse Without Consent; 30 years on each count, all to run concurrently; Plus Court Costs in the sum of $6,260 and a fine of $2,240, payments to be made in $500 monthly installments; DANGEROUS OFFENDER STATUS, imposed on September 20, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed, however, the portion imposing the fine and court costs shall be stricken.

There was no authority permitting imposition of a fine or court costs at the time the crime was committed.

We wish to thank Jeff Payne of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.